## JACKSON v. STATE.
### No. 14408.

Court of Criminal Appeals of Texas.

May 27, 1931.

J. W. Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being confinement in the penitentiary for 1½ years.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.